# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES D. NANCE,<br><br>    Defendant. | Case No. 14-20009 |

## REPORT & RECOMMENDATION

On March 19, 2025, the district judge issued a Petition for Revocation of Supervised Release (#28) and an Arrest Warrant (#29). The Court set the matter for an Initial Appearance, held on October 20, 2025. At that hearing, the government moved to withdraw the Petition. The Court recommends that the government's unopposed motion to withdraw the Petition be granted.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 19th day of November, 2025.

s/ERIC I. LONG  
UNITED STATES MAGISTRATE JUDGE
