UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-cr-20009 |
| CHARLES D. NANCE, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

A Report and Recommendation, (D. 31), was filed by Magistrate Judge Eric I. Long in the above cause on November 19, 2025. On that same day, a copy of the report was served on the parties. Judge Long recommended that the Government's unopposed oral motion to withdraw the [28] Petition for Revocation of Supervised Release be granted. The parties were instructed to file any objections to the recommendation within fourteen (14) days after being served with a copy of the report. They were also informed that a failure to object would constitute a waiver of objections on appeal. *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). The time to object has past, and neither party has filed an objection with this court. Therefore, following this Court's careful de novo review of the Magistrate Judge's recommendation, this Court agrees with and accepts the Magistrate Judge's Report and Recommendation, (D. 31). The Government's ORAL MOTION to Dismiss the [28] Petition is GRANTED, and the [28] Petition for Revocation of Supervised Release is DISMISSED.

Entered on December 4, 2025

/s/ Michael M. Mihm
United States District Judge